JAMES A. FOLEY, as Receiver of the Property of REGINALD RONALDS, Respondent, *v.* REGINALD RONALDS, Defendant, Impleaded with MILDRED RONALDS, Appellant. (Appeal No. 2.)

First Department, December 19, 1919.

See head note in *Foley* v. *Ronalds, No. 1 (ante,* p. 98).

APPEAL by the defendant, Mildred Ronalds, from an order of the Supreme Court, made at the New York Special Term and entered in the office of the clerk of the county of New York on the 17th day of November, 1919, denying defendant's application to cancel a notice of pendency of action.

*Earl A. Darr* of counsel [*Man & Man,* attorneys], for the appellant.

*Franklin H. Mills* of counsel [*Frank M. Patterson,* attorney], for the respondent.

DOWLING, J.:

This application was for the cancellation of the notice of pendency of action against Mildred Ronalds' one-third interest in the premises No. 523 Broadway. The property has been contracted to be sold for $55,000, payable $23,000 in cash, and the balance by taking the premises subject to a mortgage of $32,000, the payment whereof to be assumed by the purchaser. The computed value of Mildred Ronalds' interest therein upon the consummation of the sale is $6,923.33.

For the reasons indicated in the opinion in the companion appeal of *Foley* v. *Ronalds, No. 1* (190 App. Div. 98), the application should have been granted upon Mildred Ronalds filing an undertaking in the sum of $7,500.

The order appealed from will be reversed, with ten dollars costs and disbursements, and the application granted upon Mildred Ronalds giving an undertaking, pursuant to the provisions of section 1671 of the Code of Civil Procedure, in the sum of $7,500.

CLARKE, P. J., LAUGHLIN, PAGE and MERRELL, JJ., concur.

Order reversed, with ten dollars costs and disbursements, and motion granted upon appellant's giving an undertaking, pursuant to section 1671 of the Code of Civil Procedure, in the sum of $7,500. Settle order on notice.